IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHAWN ROCHESTER,

    Petitioner,        No. CIV-S-04-0449 DFL KJM P

   vs.

JEANNE WOODFORD,

    Respondent.      <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254. On December 20, 2004, respondent filed a motion to dismiss. Petitioner has not filed an opposition. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition regarding respondent's motion to dismiss, or a statement of non-opposition, within thirty days of this order. Failure to comply with this order may result in sanctions, including dismissal of this action under Federal Rule of Civil Procedure 41(b).

DATED: May 10, 2005.

                                                      UNITED STATES MAGISTRATE JUDGE

1 roch0449.osc

1