IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHAWN ROCHESTER,

    Petitioner,           No. CIV-S-04-0449-DFL KJM P

    vs.

JEANNE WOODFORD,

    Respondent.       ORDER
_____/

    Petitioner has requested an extension of time to file and serve an opposition to respondent's December 20, 2004 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 13, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's December 20, 2004 motion to dismiss.

DATED: June 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

kf
roch0449.111